# Third District Court of Appeal

## State of Florida

Opinion filed August 16, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1876
Lower Tribunal Nos. CS No. 2001608837, 06220011645CA
_____

## Keon Kersaint,
Appellant,

vs.

## State of Florida, Department of Revenue,
## Child Support Program, et al.,
Appellees.


An Appeal from the State of Florida, Department of Revenue, Child Support Program.

Keon Kersaint, in proper person.

Ashley Moody, Attorney General, and Toni C. Bernstein, Senior Assistant Attorney General (Tallahassee), for appellee Department of Revenue.


Before FERNANDEZ, SCALES and GORDO, JJ.

PER CURIAM.

Affirmed.